UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **GREATER NEW ORLEANS FEDERAL CREDIT UNION** | **CIV. ACTION NO. 3:24-00203** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **MICHEL WATKINS** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 24] having been considered, together with the Objection [Doc. No. 25] filed by Defendant Michel Watkins ("Watkins"), and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff/Counterclaim Defendant Greater New Orleans Federal Credit Union and Counterclaim Defendant Travis Nguyen's first and second motions to dismiss and remand [Docs. Nos. 8, 13] are **DENIED AS MOOT**, Plaintiff/Counterclaim Defendant Greater New Orleans Federal Credit Union and Counterclaim Defendant Travis Nguyen's third motion to dismiss and remand [Doc. No. 21] is **GRANTED**, Defendant/Counterclaim Plaintiff Michel Watkins' second amended countercomplaint [Doc. No. 20] is **DISMISSED WITHOUT PREJUDICE**, and the case is **REMANDED** to the Fourth Judicial District, Morehouse Parish, Louisiana.

Monroe, Louisiana, on this 15th day of August, 2024.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE